IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY JEROME WOMACK,

      Plaintiff,                            No. CIV S-09-1431 KJM P

   vs.

C. BAKEWELL, et al.,

      Defendant.                       ORDER

_____/

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. Plaintiff has filed a motion requesting that "the court issue an order to Folsom medical staff, so that Folsom medical staff can address the unbearable pain that I am suffering from[.]" Docket No. 8. The court construes this request as a motion for preliminary injunctive relief. Although the motion is not specific about the source of the pain, presumably it is related to the same ankle injury that plaintiff references in his complaint, wherein he seeks an "order [for] immediate pain medication to stop my suffering." See Compl. at 3. Thus the gravamen of the motion is that plaintiff is not receiving adequate medication and that the medical staff at California State Prison-Sacramento, where plaintiff is housed, "is continuing to let me suffer." Id.

        The court has screened the complaint and ordered that defendants be served by the United States Marshal, but there is no return of service yet on record, and the time for service

1

1 | has not expired. Because the nature of plaintiff's motion requires a prompt response, the court
2 | shall order the defendants to respond to the motion within five days of the entry of this order. In
3 | so ordering, the court suggests no opinion about the merit of plaintiff's motion for injunctive
4 | relief or the allegations in his complaint.
5 |       Accordingly, IT IS HEREBY ORDERED that:
6 |     1. The defendants file a response to the motion for injunctive relief (docket no.
7 | 8) within five days of the entry of this order; and
8 |     2. The Clerk of the Court is directed to serve a copy of this order on Rochelle
9 | East, Senior Assistant Attorney General.
10 | DATED: November 17, 2009.

_____
U.S. MAGISTRATE JUDGE

13 | 4
woma1431.ord