IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY JEROME WOMACK,

    Plaintiff,                      No. CIV S-09-1431 KJM P

    vs.

C. BAKEWELL, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction. Defendants will be given seven days to file the attached "Order Re Consent Or Request for Reassignment."

        IT IS HEREBY ORDERED that defendants file the attached Order Re Consent Or Request for Reassignment within seven days of the date of this order.

DATED: August 25, 2010.

                                                  U.S. MAGISTRATE JUDGE

woma1431.ord